O'HAIR ET AL. *v.* PAINE ET AL.

No. 1190.   Decided April 6, 1970

*James H. Anderson, Jr.,* for appellants Society of Separationists, Inc., et al.

*Solicitor General Griswold* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.